1  LAURA KRANK
   ATTORNEY AT LAW: 220208
2  ROHLFING & KALAGIAN, LLP
   211 EAST OCEAN BLVD., SUITE 420
3  LONG BEACH, CA 90802
   562/437-7006
4  FAX: 562/432-2935
   Email: lekrank@hotmail.com
5
6  ATTORNEYS FOR PLAINTIFF

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

11 JOHN A. MARTIN,                    ) Case No.: CV 08-1206 GSA
                                      )
12       Plaintiff,                   ) STIPULATION FOR THE AWARD
                                      ) AND PAYMENT OF ATTORNEY
13    vs.                             ) FEES PURSUANT TO THE EQUAL
                                      ) ACCESS TO JUSTICE ACT, 28 U.S.C.
14 MICHAEL J. ASTRUE,                 ) § 2412(d)
   Commissioner of Social Security,   )
15                                    )
         Defendant.                   )
16 _____    )

17     IT IS HEREBY STIPULATED by and between Plaintiff JOHN A.

18 MARTIN ("Plaintiff") and Defendant Michael J. Astrue as the Commissioner of

19 Social Security ("Defendant"), collectively as the "parties," through their

20 undersigned attorneys, subject to the approval of the Court, LAURA KRANK, as

21 Plaintiff's counsel and assignee, be awarded attorney fees, costs and expenses

22 under the EAJA in the amount of FOUR THOUSAND THREE HUNDRED

23 DOLLARS ($4,300.00). This amount represents compensation for all legal

24

25

-1-

services rendered by LAURA KRANK on behalf of Plaintiff in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, costs, and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Nor do Plaintiff, LAURA KRANK, or Defendant resolve, settle, or compromise the question of whether LAURA KRANK may be, is, or should be the direct payee of an award of fees, costs, and expenses under the EAJA in the absence of an express or implied assignment of such an award or whether any such award is free from or subject to debts of Plaintiff, if any, under the Debt Recovery Act.

Payment of FOUR THOUSAND THREE HUNDRED DOLLARS ($4,300.00) in EAJA attorney fees, costs, and expenses to LAURA KRANK shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection. Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

///
///
///
///
///
///
///
///
///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

DATE: 2/3/10

Respectfully submitted,

Rohlfing & Kalagian

BY: */s/ Laura Krank*
Laura Krank
Attorney for plaintiff
John A. Martin

DATE: 2/3/10

LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Chief, Civil Division

BY: */s/-Mark A. Win\**
Mark A. Win
Special Assistant United States Attorney
Attorneys for defendant Michael J. Astrue
Commissioner of Social Security
[*By email authorization on January 3, 2010]

IT IS SO ORDERED.

Dated: February 4, 2010          /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE